IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATT MCLANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-cv-558 |
| | ) | JUDGE TRAUGER |
| | ) | JURY DEMAND |
| ROBERTSON COUNTY, | ) | |
| ROBERTSON COUNTY EMERGENCY | ) | |
| MEDICAL SERVICES, and | ) | |
| HOWARD BRADLEY, individually and | ) | |
| as County Mayor, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

Come the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the voluntary dismissal with prejudice of all claims of the Plaintiff against the Defendant. The parties will be responsible for their own discretionary costs and expenses.


SUBMITTED FOR ENTRY:

  s/ Andy L. Allman
Andy L. Allman, BPR No. 17857
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
Telephone: (615) 824-3761
Facsimile: (615) 264-2720
andylallman@comcast.net

*Counsel for Plaintiff*

/s/ Jeffrey M. Beemer
Jeffrey M. Beemer, #17247
DICKINSON WRIGHT PLLC
424 Church Street, Suite 1401
Nashville, TN 37219-2392
(615) 620-1719 (direct)
(615) 256-8386 (fax)
jbeemer@dickinsonwright.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U.S. Mail to:

Andy L. Allman, Esq.
Andy L. Allman & Associates
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075

this 15th day of May, 2013.

/s/ Jeffrey M. Beemer
Jeffrey M. Beemer

454179v1